WILFRED LEBLANC *v.* NYE MOTOR COMPANY ET AL.

May Term, 1929.

Present: WATSON, C. J., POWERS, SLACK, MOULTON, and WILLCOX, JJ

Opinion filed October 1, 1929.

*Deane C. Davis* for the claimant.

*Erwin M. Harvey* for the defendants.

SLACK, J. This is the claimant's appeal referred to and disposed of in the companion case reported in the 102 Vermont Reports at page 194.

*Order vacated and proceedings dismissed with costs. Let the result be certified to the commissioner of industries.*